AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
для the

District of New Hampshire

| LIBERTARIAN PARTY OF NEW HAMPSHIRE | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| WILLIAM M. GARDNER, in his Offical Capacity | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

William M. Gardner
Secretary of State
State House, Room 204
Concord, NH 03301

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary Sinawski
180 Montague Street 25th Floor
Brooklyn, NY 11201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____
    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                                                                               Server's signature

                                                                               Printed name and title

                                                                               Server's address