EXHIBIT B

## ABSENTEE OFFICIAL BALLOT FOR NASHUA – WARD 1
### GENERAL ELECTION
### NOVEMBER 4, 2008

*Wm Gardner*
SECRETARY OF STATE



### INSTRUCTIONS TO VOTERS

1. **To Vote.** Completely fill in the oval ● to the right of your choice. For each office vote for not more than the number of candidates stated in the sentence: "Vote for not more than ___." If you vote for more than the stated number of candidates, your vote for that office will not be counted.

2. **To Vote by Write-In.** To vote for a person whose name is not printed on the ballot, write in the name of the person in the "write-in" space. Completely fill in the oval ● to the right of your choice.

| OFFICES | REPUBLICAN CANDIDATES | OTHER CANDIDATES | DEMOCRATIC CANDIDATES | WRITE-IN CANDIDATES |
|---|---|---|---|---|
| For **President and Vice-President of the United States** Vote for not more than 1 | John McCain<br>Sarah Palin ○ | Independent<br>**Ralph Nader**<br>"Matt" Gonzalez ○<br>Libertarian<br>**George Phillies**<br>Christopher Bennett ○<br>Libertarian<br>**"Bob" Barr**<br>Wayne A. Root ○ | Barack Obama<br>"Joe" Biden ○ | _____<br>President and Vice-President ○ |
| For **Governor** Vote for not more than 1 | Joseph D. Kenney ○ | Libertarian<br>Susan M. Newell ○ | John Lynch ○ | _____<br>Governor ○ |
| For **United States Senator** Vote for not more than 1 | John E. Sununu ○ | Libertarian<br>"Ken" Blevens ○ | Jeanne Shaheen ○ | _____<br>U.S. Senator ○ |
| For **Representative in Congress** Vote for not more than 1 | Jennifer Horn ○ | Libertarian<br>Chester L. Lapointe II ○ | Paul W. Hodes ○ | _____<br>Rep. in Congress ○ |

TOTAL P.01