

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Libertarian Party of New Hampshire**

v.

**William Gardner**
in his official capacity as Secretary of State of New Hampshire

**Civil Action No. 08-CV-367-JM**

## Affidavit of Assistant Secretary of State Karen Ladd

1. I have worked for the New Hampshire Secretary of State for thirty-six (36) years. I have been Assistant Secretary of State for approximately twelve years.

2. As Assistant Secretary of State, among other duties, I review and process all declaration of candidacy forms for the New Hampshire Presidential Primary Election.

3. For the 2008 General Election, no political organization filed nomination papers to obtain recognition of the Libertarian Party as a political organization to be listed in a separate column on New Hampshire's general election ballot.

4. Pursuant to RSA 655:40, for the 2008 General Election, George Phillies submitted the requisite number of nomination papers stating his political organization or principles (3000, 1500 from each congressional district) to be placed on the ballot as an individual candidate for President.

5. Subsequently, pursuant to RSA 655:40, for the 2008 General Election, Bob Barr submitted the requisite number of nomination papers stating his political organization or principles (3000, 1500 from each congressional district) to be placed on the ballot as an individual candidate for President.

Dated: July 28, 2009

Karen Ladd
Assistant Secretary of State

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Sworn to and affirmed at Concord, New Hampshire on July 28, 2009, before Paula Penney.

Justice of the Peace/Notary Public
Commission expires: 3-22-10

380681