UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**LIBERTARIAN PARTY OF NEW HAMPSHIRE,
BOB BARR, WAYNE A. ROOT, BRENDAN
KELLY and HARDY MACIA,**

                Plaintiffs,            Civil Action No. 08-cv-367-JM

v.

**WILLIAM M. GARDNER, in his Official Capacity
as Secretary of State of New Hampshire,**

                Defendant.

## PLAINTIFFS' NOTICE OF INTENTION TO FILE REPLY

Pursuant to LR 7.1(e)(1), the Court and opposing counsel are hereby provided with notice of plaintiffs' intention to file a memorandum in reply to defendant's objection (Dkt. # 22) to plaintiffs' cross motion for summary judgment (Dkt. # 19).

/s/Gary Sinawski
Gary Sinawski
180 Montague Street 25th Floor
Brooklyn, NY 11201
516 971-7783
Fax: 347 721-3166
Email: gsinawski@aol.com

/s/Evan Feit Nappen
Evan Feit Nappen
Nappen Law Office
E.F. Nappen Attorney at Law, PC
280 Pleasant Street, Suite 2
Concord, NH 03301
603 223-0001

Fax: 603 223-0007
E-mail: gunesq1@verizon.net

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was delivered on October 28, 2009 to

James W. Kennedy, counsel for the defendant, via the federal court's ECF filing system.

/s/ Gary Sinawski
Gary Sinawski