UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Libertarian Party of
New Hampshire</u>

    v.                                      Civil No. 08-cv-367-JM

<u>William Gardner, in his
official capacity as
New Hampshire Secretary of State</u>

**O R D E R**

This matter is set for trial to begin February 11, 2010, with pretrial statements due January 11, 2010.  Currently pending before the court are cross motions for summary judgment.  <u>See</u> document nos. 12 and 19.  As both parties agree there are no disputed issues of material fact, the more prudent course to follow appears to be to suspend the trial and all trial-related deadlines until the summary judgment motions have been decided.

    SO ORDERED.

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date:   January 4, 2010

cc:    Nancy J. Smith, Esq.
       Evan Feit Nappen, Esq.
       Gary Sinawski, Esq.