UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Libertarian Party of New Hampshire et al.</u>

      v.                                 Civil No. 08-cv-367-JM

<u>William M. Gardner</u>

## **J U D G M E N T**

In accordance with the court's order dated February 18, 2010, signed by Magistrate Judge James R. Muirhead, judgment is hereby entered.

                                                      By the Court,

                                                      /s/ James R. Starr

                                                      James R. Starr, Clerk

February 18, 2010

cc:    Evan Feit Nappen, Esq.
        Gary Sinawski, Esq.
        Nancy J. Smith, Esq.